# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136508 & (83)(84)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RUSSELL PLASTERING COMPANY,
       Plaintiff-
       Counter-Defendant-Appellee,

v

MICHIGAN CONSTRUCTION INDUSTRY
MUTUAL INSURANCE COMPANY,
       Defendant,
       Counter-Plaintiff-Appellant,
and

CHLYSTEK & WHITE SERVICES, INC., and
TIMOTHY KUIPER,
       Defendants.

SC: 136508
COA: 274049
Oakland CC: 2004-059387-CK

_____/

      The motion for immediate consideration is DENIED. On order of the Court, the application for leave to appeal the April 22, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay of trial court proceedings is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

t0721